**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CHARLES C. FREENY III, BRYAN E. FREENY, and JAMES P. FREENY, Plaintiffs, v. ALIPHCOM d/b/a JAWBONE, | Case No. 2:16-cv-00674-JRG-RSP  CONSOLIDATED |
| BOSE CORPORATION | Case No. 2:16-cv-00668-JRG-RSP |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Charles C. Freeny III, Bryan E. Freeny, and James P. Freeny (collectively "the Freenys") and Defendant Bose Corporation ("Bose") announced to the Court that they have resolved the Freenys' claims for relief against Bose asserted in this case. The Freenys and Bose have therefore requested that the Court dismiss all claims and counterclaims for relief against each other with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that the Freenys' claims against Bose are dismissed with prejudice, and Bose's claims against the Freenys are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SIGNED this 24th day of January, 2017.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE